AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Batchelder, Alice M. | 6th Cir. Ct. of Appeals | 06/11/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. member | National Conference of Bar Examiners -- Const'l Law Drafting Committee |
| 2. member | Intellectual Property Law & Technology Advisory Council of the University of Akron School of Law |
| 3. member | Cleveland Chapter Bd. Of Advisors -- Federalist Society |
| 4. member | Board of Trustees -- Grove City College -- see note 5 |
| 5. member | Board of Directors -- Foundation for Research on Economics and the Environment |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Batchelder, Alice M. | 06/11/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 4/21 | National Conference of Bar Examiners -- see note 6 | $3,500.00 |
| 2. 10/6 | Univ. of Toledo Law School -- see note 7 | $5,000.00 |
| 3. 11/3 | National Conference of Bar Examiners -- see note 6 | $3,500.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. jan - dec | OPERS -- pension |
| 2. jan - dec | Ohio House of Representatives -- salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bar Examiners | April 14-16 | Toronto, Canada | Con Law drafting comm. | transportation, lodging and food |
| 2. | Federalist Society | April 27-28 | Laramie, Wyoming | Speech -- Univ. of WY | transportation, lodging and food |
| 3. | Alliance Defense Fund | Aug. 2-4 | Phoenix, Arizona | seminar presentation | transportation, lodging and food |
| 4. | Foundation for Research on Economics and Environment | Aug. 28 - Sept. 1 | Big Sky , MT | educational seminar participation | transportation, lodging and food |
| 5. | The Heritage Foundation | Oct. 18-20 | Washington, DC | educational seminar participation and presentation | transportation, lodging and food |

| Name of Person Reporting | Date of Report |
|---|---|
| Batchelder, Alice M. | 06/11/2012 |

| 6. | National Conference of Bar Examiners | Oct. 20-21 | Miami, FL | Con Law drafting comm. | transportation, lodging and food |
|---|---|---|---|---|---|
| 7. | Liberty Fund | Oct. 28-30 | Indianapolis, IN | educational seminar participation | transportation, lodging and food |

| Name of Person Reporting | Date of Report |
|---|---|
| Batchelder, Alice M. | 06/11/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Old Phoenix Nat'l Bank | unsecured note | K |
| 2. | Old Phoenix Nat'l Bank | Mtge/Note on Property # 12 | K |
| 3. | Old Phoenix Nat'l Bank | Mtge/Note on Property # 17 | K |
| 4. | Old Phoenix Nat'l Bank | Mtge/Note on Property # 19 | K |
| 5. | Old Phoenix Nat'l Bank | Mtge/Note on Property # 1 | L |
| 6. | Old Phoenix Nat'l Bank | Mtge/Note on Property # 5 | K |
| 7. | First Nat'l Bank of Wyoming | Mtge/Note on Property # 23 | L |
| 8. | Farmers Savings Bank | Mtge/Note on Property # 9 | L |
| 9. | Old Phoenix Nat'l Bank | Mtg/Note on Property #8 | L |
| 10. | Old Phoenix Nat'l Bank | Mtge/Note on Property #14 | L |
| 11. | Old Phoenix Nat'l Bank | Mtge/Note on Property #11 | L |

| Name of Person Reporting | Date of Report |
|---|---|
| Batchelder, Alice M. | 06/11/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | 2. Brokerage Account # 1 -- IRA account -- see note 2 | A | Dividend | K | T | none | | | | |
| 2. | - IRA asset: Wells Fargo Bank Deposit Sweep Account | | | | | | | | | |
| 3. | - IRA asset: iSHARES TR 13 yr Treas Index Fd | | | | | | | | | |
| 4. | - IRA asset: iSHARES S&P Midcap 400 Value Index Fund | | | | | | | | | |
| 5. | - IRA asset: iSHARES S&P Midcap 400 Growth Index Fund | | | | | | | | | |
| 6. | - IRA asset: iSHARES TRUST MSCI EAFE Index Fund | | | | | | | | | |
| 7. | - IRA asset: iSHARES IBOXX Investment Grade Corp Bond Fund | | | | | | | | | |
| 8. | - IRA asset: iSHARES S&P 500 Value Index Fund | | | | | | | | | |
| 9. | - IRA asset: iSHARES S&P 500 Growth Index Fund | | | | | | | | | |
| 10. | 3. Brokerage Account # 2 -- IRA Account -- see note 2 | A | Dividend | K | T | none | | | | |
| 11. | - IRA asset: Wells Fargo Bank Deposit Sweep | | | | | | | | | |
| 12. | - IRA asset: iSHARES S&P Midcap 400 Value Index Fund | | | | | | | | | |
| 13. | - IRA asset: iSHARES S&P Midcap 400 Growth Index Fund | | | | | | | | | |
| 14. | - IRA asset: iSHARES TRUST MSCI IAFE Index Fund | | | | | | | | | |
| 15. | - IRA asset: iSHARES BOXX Investment Grade Corp. Bond Fund | | | | | | | | | |
| 16. | - IRA asset: iSHARES TR 13 yr Treas Index Fund | | | | | | | | | |
| 17. | - IRA asset: iSHARES S&P 500 Value Index Fund | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | 111 =$1,000,001 - $5,000,000 | 112 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Batchelder, Alice M. | 06/11/2012 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  - IRA asset: iSHARES S&P 500 Growth Index Fund | | | | | | | | | |
| 19.  4. Brokerage Account # 3 -- SEP IRA Account -- see note 2 | A | Dividend | K | T | none | | | | |
| 20.  - IRA asset: Wells Fargo Bank Deposit Sweep | | | | | | | | | |
| 21.  - IRA asset: RPM, Inc. stock | | | | | | | | | |
| 22.  - IRA asset: J.M. Smucker Co. class A stock | | | | | | | | | |
| 23.  - IRA asset: iSHARES S&P Midcap 400 Value Index Fund | | | | | | | | | |
| 24.  - IRA asset: iSHARES S&P Midcap 400 Growth Index Fund | | | | | | | | | |
| 25.  - IRA asset: iSHARES TRUST MSCI EAFE Index Fund | | | | | | | | | |
| 26.  - IRA asset: iSHARES BOXX Investment Grade Corp. Bond Fund | | | | | | | | | |
| 27.  - IRA asset: iSHARES TR 13 yr Treas Index Fd | | | | | | | | | |
| 28.  - IRA asset: iSHARES S&P 500 Value Index Fund | | | | | | | | | |
| 29.  - IRA asset: iSHARES S&P 500 Growth Index Fund | | | | | | | | | |
| 30.  5. Brokerage Account # 4 --see note 2 | A | Dividend | J | T | none | | | | |
| 31.  -IRA asset: Wells Fargo Bank Deposit Sweep | | | | | | | | | |
| 32.  - Account asset: :iSHARES S&P Midcap 400 Value Index Fund | | | | | | | | | |
| 33.  - Account asset: iSHARES S&P Midcap 400 Growth Index Fd | | | | | | | | | |
| 34.  - Account asset: iSHARES TRUST MSCI EAFE Index Fd | | | | | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4)<br>2. Value Codes<br>(See Columns C1 and D3)<br><br>3. Value Method Codes<br>(See Column C2) | A =$1.000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25.000.001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Batchelder, Alice M. | 06/11/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Account ass iSHARES BOXX Investment Grade Corp. Bond Fun | | | | | | | | | |
| 36. - Account asset: iSHARES TR 13 yr Treas Index Fd | | | | | | | | | |
| 37. - Account asset: iSHARES S&P 500 Value Index Fund | | | | | | | | | |
| 38. - Account asset: iSHARES S&P 500 Growth Index Fund | | | | | | | | | |
| 39. REAL ESTATE -- see note4 | | | | | | | | | |
| 40. Prop. # 1 -- duplex -- Medina, Ohio | D | Rent | M | Q | | | | | |
| 41. Prop. # 2 -- 2-family -- Medina, Ohio (1/3 interest) | C | Rent | K | Q | | | | | |
| 42. Prop. # 3 -- Single family -- Medina, Ohio (1/3 interest) | B | Rent | K | Q | | | | | |
| 43. Prop. # 4 -- 4 duplex units -- Medina, Ohio (1/2 interest) | D | Rent | M | Q | | | | | |
| 44. Prop. # 5 -- 2 duplex units -- Medina, Ohio (1/2 interest) | D | Rent | L | Q | | | | | |
| 45. Prop. # 6 -- 2-fam. & 3-fam. Houses -- Medina, OH (1/2 int) | D | Rent | L | Q | | | | | |
| 46. Prop. # 7 -- Apartments -- Medina, Ohio (1/3 interest) | E | Rent | N | Q | | | | | |
| 47. Prop. # 8 -- 2 duplex units -- Medina OH | D | Rent | M | Q | | | | | |
| 48. Prop. # 9 -- Farm -- Lodi, OH | D | Rent | O | Q | | | | | |
| 49. Prop. # 10 -- hog feeder, Lodi, OH (1/5 int) | | None | J | W | | | | | |
| 50. Prop. # 11 -- single family -- Medina OH | D | Rent | M | Q | | | | | |
| 51. Prop. # 12 -- single family -- Medina, OH (1/2 interest) | C | Rent | K | Q | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Batchelder, Alice M. | 06/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Prop. # 13 -- Commercial bldg -- Medina OH (1/3 interest) | E | Rent | M | Q | | | | | |
| 53. Prop. # 14 -- duplex -- Medina, OH (see n. 1 Sec. VIII) | D | Rent | M | Q | | | | | |
| 54. Prop. # 15 -- vacant lot -- Medina, OH (1/2 interest) | | None | K. | Q | | | | | |
| 55. Prop. # 16 -- Vacant land -- Medina OH | | None | M | Q | | | | | |
| 56. Prop. # 17 -- single family -- Medina, OH | D | Rent | M | Q | | | | | |
| 57. Prop. # 18 -- single family -- Medina OH (1/2 interest) | C | Rent | K | W | | | | | |
| 58. Prop. # 19 -- commercial bldg -- Medina OH | D | Rent | M | Q | | | | | |
| 59. Prop. # 20 -- Comm. Bldg with apt. -- Medina OH | D | Rent | M | Q | | | | | |
| 60. Prop. # 23 -- vacant land -- Big Horn County, WY | A | Rent | N | W | | | | | |
| 61. MISCELLANEOUS | | | | | | | | | |
| 62. Floating Rate Demand Note -- GE Interest Plus | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,001 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1: Re: assets in Sec. VII whose value method is reported as "Q": I have again used the Medina County Auditor's most recent appraisal figures. I am unable to provide the date of the appraisal in any of these cases because it was not provided to me. These appraisals are the basis for our real estate taxes.

Note 2: As has been the case in prior years, each of the funds included in our brokerage accounts is an iShares fund.

My broker advised me in 2008 that:
"Barclay's Global Investors is the manager for the following positions held in your account:
ISHS S & P MIDCAP 400 VALUE
ISHS S & P MIDCAP 400 INDEX
ISHS MSCI EAFE INDEX
ISHARES INVESTMENT BD FUND
ISHS TR 13 YR TREAS IND
ISHS S& P 500 VAL INDX FD
ISHS S & P 500 GRWTH FD"

These are still all of the positions held in these brokerage accounts. The broker advises that as of this date there has been no change in this information.

Note 3: Line 35 of Sec. VII -- I have no idea why the program still (as of June 11, 2012) will not let me type in both the dash (which is apparently necessary to convince the program that these are all assets of the brokerage account) and the fact that this is an account asset. Hence, "account ass".

Note 4: All properties except the one on line 61 of Section VII are in Medina County, Ohio. The property on Line 60 is in Big Horn County, Wyoming.

Note 5: The "audit" feature advises me that I should list the assets of the entity of which I am a trustee. I am assuming that this is not true when that entity is an educational institution, and the audit has simply detected the term "trust" in the item. Otherwise, this requirement is ridiculous, and I cannot comply with it.

Note 6: In Lines 1 and 3 of Sec. IIIA: The meetings of the National Conference of Bar Examiners for which this compensation was paid occurred from April 14-16 and October 20-22.

Note 7: In Line 2 of Sct. IIIA: the lecture was delivered on October 6; payment was received on Dec. 31. This was a teaching activity approved by the Sicth Circuit Judicial Conference.

| Name of Person Reporting | Date of Report |
|---|---|
| Batchelder, Alice M. | 06/11/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alice M. Batchelder**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544